The People of the State of New York v. Joseph Ripandello.— Motion denied.

In the Matter of Hans F. Barnes, etc. (In the Matter of Eliso Scheel).— Motion granted.

In the Matter of Manhattan Bridge Terminal (In the Matter of William F. Donnelly).— Motion granted.

In the Matter of John J. Lowy, an Attorney.— Reference ordered. Settle order on notice.

In the Matter of Joseph A. Flannery, an Attorney.— Application granted.

Joseph Ohmann, an Infant, by Gustave F. Dotzauer, His Guardian ad Litem, Respondent, v. Star Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Jesse Myers, Respondent, v. San Domingo Improvement Company of New York, Appellant.— Judgment affirmed, with costs. No opinion.

Morris Levy and Louis Schilt, Respondents, v. James R. Roosevelt and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

Maria Keating, as Administratrix, etc., of John Keating, Deceased, Appellant, v. Manhattan Railway Company, Respondent.— Order affirmed, with costs. No opinion.

Robert Ober, Appellant, v. Santee Club, Respondent.— Judgment affirmed, with costs. (Laughlin, J., dissenting.) No opinion.

Louis Bricca, Appellant, v. James D. Smith, Respondent.— Judgment and order affirmed, with costs. No opinion.

Ernst P. Wartenberg, as Administrator, etc., of George B. Wartenberg, Deceased, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion.

Laura M. Mitchell, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion.

Charles A. Geoghegan and Others, Respondents, v. George M. Leventritt, Appellant.— Judgment and order affirmed, with costs. No opinion.

Mary Matchett, Appellant, v. Theodore Witz and Mary Witz, His Wife, Respondents.— Judgment affirmed, with costs. (Ingraham, P. J., dissenting.) No opinion.

Emma N. Ireland, Respondent, v. Anna Dodge, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Rosie Baum, Appellant.— Judgment affirmed. No opinion.

Madeleine G. W. Mechlin, Appellant, v. The Board of Education of the City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

Ernest Tribelhorn, Inc., Respondent, v. George B. Hanavan, Appellant.— Determination affirmed, with costs and disbursements. No opinion.

Thomas F. O'Connell, Respondent, v. Charles Bettels, Appellant.— Judgment and order affirmed, with costs. No opinion.

Jane Darcy, Appellant, v. The Presbyterian Hospital in the City of New York, Respondent.— Judgment affirmed, with costs, on the authority of *Darcy v. Presbyterian Hospital* (130 App. Div. 496).

Charles D. Ward, as Administrator, etc., of Joseph H. Bryan, Deceased, Appel-